Nos. 21-16983 & 22-15102

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

―――――――――――

National Abortion Federation,

*Plaintiff–Appellee*,

V.

Center for Medical Progress, BioMax Procurement Services, LLC, and David Daleiden,

*Defendants –Appellants*.

―――――――――――

On Appeal from the United States District Court
for the Northern District of California
No. 15-cv-03522-WHO

―――――――――――

**DEFENDANTS –APPELLANTS' UNOPPOSED MOTION TO MAINTAIN STAY OF APPEALS AND NINTH STATUS REPORT**

―――――――――――

John M. Reeves
REEVES LAW LLC
7733 Forsyth Blvd., Suite 1100—1192
St. Louis, MO 63105
314-775-6985
reeves@appealsfirm.com

Harmeet K. Dhillon (CA Bar No. 207873)
Mark P. Meuser (SBN 231335)
Karin M. Sweigart (SBN 247462)
Jesse Franklin-Murdock (SBN 339034)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108

Tel. 415-433-1700; Fax. 415-520-6593
harmeet@dhillonlaw.com
mmeuser@dhillon.law.com
ksweigart@dhillonlaw.com
jfm@dhillonlaw.com

Attorneys for Appellants the Center for Medical Progress, BioMax Procurement Services, LLC, and David Daleiden

On February 14, 2024, this Court entered an order (Doc.34) granting in part Appellants' motion to further stay this appeal, filed as part of its Eighth Status Report. (Doc.33). In its order staying appellate proceedings until March 15, 2024, this Court declared, "[i]f no motion for further relief is filed before this date, the briefing schedule will be reset in a future order." (Doc.34).

Appellants respectfully request a further stay of this appeal pending the resolution in the district court of the Plaintiff-Appellee of a motion for attorney's fees incurred from litigating the previous merits appeal and subsequent certiorari petition. The procedural history of those matters set forth in Appellants' previous motion for a stay (Doc.23), and Appellants will not repeat that history here to save on unnecessary duplication.

Plaintiffs-Appellees filed their motion for attorney's fees in the district court on February 21, 20-24. (No.15-cv-3522, Docs.807, 808). Defendants-Appellants filed their response in opposition on March 6, 2024 (*Id*. at Docs.813, 814), and the matter is set for a hearing on March 27, 2024. (*Id*. at Doc.815:2). As noted in their previous motion for a stay (Doc.23), efficiency dictates that this appeal be consolidated with any appeal that may be taken from a district court order on such fees. Given that the district court is set to hear the matter on March 27, 2024, judicial efficiency supports further staying this appeal. What's more, counsel for Plaintiffs-Appellees has no opposition to this motion.

Accordingly, Appellants respectfully ask that this Court continue the stay of appellate proceedings in this matter.

.

Dated: March 14, 2024                    Respectfully submitted,


*/s/ John M. Reeves*
John M. Reeves
REEVES LAW LLC
7733 Forsyth Blvd., Suite 1100—1192
St. Louis, MO 63105
314-775-6985
reeves@appealsfirm.com

Harmeet K. Dhillon (CA Bar No. 207873)
Mark P. Meuser (SBN 231335)
Karin M. Sweigart (SBN 247462)
Jesse Franklin-Murdock (SBN 339034)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Tel. 415-433-1700; Fax. 415-520-6593
harmeet@dhillonlaw.com
mmeuser@dhillon.law.com
ksweigart@dhillonlaw.com
jfm@dhillonlaw.com

Attorneys for Appellants the Center for Medical Progress, BioMax Procurement Services, LLC, and David Daleiden

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing document complies with the type-volume limitation of Ninth Circuit Rules because it contains **257** words. This motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 27 because it has been prepared in a proportionally spaced typeface using 14-point font.

Dated: March 14, 2024 /s/ *John M. Reeves*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2024, I electronically filed the foregoing Defendants –Appellants' Motion for Reconsideration with the Clerk of Court for the United States Court of Appeals for the Ninth Circuit using the Court's CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Dated: March 14, 2024 /s/ *John M. Reeves*